IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_VALDOSTA_ DIVISION

FILED JAN 26 '26 AM 11:59
MDGA-VAL

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Roderick M. White #1093382

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

CIVIL ACTION NO: _____

VS.

1). B. Nabhors / Inmate
2). Ralph Shropshire / Warden
3). Stan Sheperd / Facility Director
4). GDC. Office of Legal Services
(NAME OF EACH DEFENDANT)
5). GDC. Office of Professional Standards / Under Color of State Law, Individual & Official Capacity

Defendant(s)

## I. GENERAL INFORMATION

1. Your full name and prison number: Roderick Maurice White
2. Name and location of prison where you are now confined: Augusta State Medical Prison, 3001 Gordon Hwy / Grove Town, GA 30213
3. Sentence you are now serving (how long?): (LIFE)
   (a) What were you convicted of? Armed Robbery, Aggrevated Assault & Drugs
   (b) Name and location of court which imposed sentence: Long & Liberty County, Ludowici & Hinesville, GA
   (c) When was sentence imposed? 2001-2002
   (d) Did you appeal your sentence and/or conviction? Yes ☑  No ☐
   (e) What was the result of your appeal? DENIED

(f) Approximate date your sentence will be completed_____ -LINK- _____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

    Yes [ ]    No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

    Plaintiff(s):_____

    Defendant(s):_____

    (b) Name of Court:_____
    (c) Docket Number:_____    When did you file this lawsuit?_____
    (d) Name of judge assigned to case:_____
    (e) Is this case still pending?    Yes [ ]    No [ ]
    (f) If your answer to (e) is "No", when was it disposed of and what were the results?
    (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
    _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?    Yes [✓]    No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit:
    Plaintiff(s): Roderick White
    Defendant(s): GEARY STATEN
    (b) Name of Court: Middle Dist. / Valdosta Division
    (c) Docket Number: 7:14-CV-117(HL)    When did you file this lawsuit? June/July 2014
    (d) Name of judge assigned to case: Hugh LAWSON
    (e) Is this case still pending?    Yes [ ]    No [✓]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_April 2018 - DEF. STATEN FOUND NOT Guilty by Jury_

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? _VALDOSTA STATE PRISON_

   (a) Does this institution have a grievance procedure?   Yes ☑   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ☑   No ☐

   (2) If Yes, what was the result? _WARDEN provided RESPONSE that issue would be FORWARDED for Additional INVESTIGATION, Plaintiff waited several "Months" & NO ONE CONFRONTED OR updated on issue / 5-07-25 GDC. CRIMINAL INVESTIGATION Contacted_

   (3) If No, explain why not: _____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

1-14-24 PLAINTIFF ADDRESSED: GDC. OFFICE OF LEGAL SERVICES,
1-20-24 PLAINTIFF ADDRESSED: DEF. "STAN SHEPERD", 1-22-24 CONTACTED "D.O.J." WASHINGTON, DC

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ✓   No

(1) If Yes, to whom did you appeal and what was the result? WAS NOT ALLOWED APPEAL - PRISON OFFICIALS "DECLINED" to provide RESPONSE & APPEAL OPTIONS WITHIN TIME FRAME MANDATED IN "S.O.A."

(2) If No, explain why you did not appeal: WASN'T PROVIDED WITH OPTIONS & FAIR GRIEVANCE PROCEDURE

10. In what other institutions have been confined? Give dates of entry and exit.

GA. STATE PRISON 2003-2010
HAZE STATE PRISON 2010-2012
VALDOSTA STATE PRISON 2013-2014
AUGUSTA STATE MEDICAL PRISON 2014-2017
Phillips STATE PRISON 2017-2020

**IV. PARTIES TO THIS LAWSUIT**

11. List your CURRENT place of incarceration/mailing address.

RODERICK MAURICE WHITE #1093382 (H-1-#205)
AUGUSTA STATE MEDICAL PRISON
3001 Gordon. Hwy
GROVE TOWN, GA 30813

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

1) B. Nabhors /
2) R. Shropshire /
3) S. Sheperd / G.D.C. Facility Div. P.O. Box 1529 Forsyth, GA 31029
4) GDC. OFFICE OF LEGAL SERVICES /   ''
5) GDC. OFFICE OF PROFESSIONAL STANDARDS   ''

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? VALDOSTA STATE PRISON

WHEN do you allege this incident took place? JAN. 6th 2024

WHAT happened? DEF. B. Nabbors" stabbed ME SEVERAL times on 1-06-24 in CELL #71 of H-Building At "V.S.P." while I was "Asleep"; He'd previously Attacked & stabbed ME on 8-12-23 & on 11-20-23 He came inside of H-Bldg Sally Port, & issued "Threat" upon ME; that 1st time he got he was going to stab ME up "AGAIN" --- Plaintiff MADE WARDEN, STAFF & GDC AWARE OF Threat, "PRIOR" TO the (3rd) Assault & Battery upon him with a WEAPON --- The WARDEN, Facility Director & G.D.C. Exhibited such Deliberate Indifference, Corruption & over all Negligence to the point Plaintiff suffer life long "Mental & Physical Injuries and could have "lost" his life under the Care of NON-CARING "STAFF" OF G.D.C. --- It was a inside Job & I was set up by DEF. Ralph Shropshire & STAFF --- Please Help ME --- Don't Allow them to get away with this or possibly succeed in having ME killed!!!

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

"CAMERA FOOTAGE" & listed "DEFENDANTS" AS WELL AS EACH "DOCUMENT" (HEREIN Attached with this complaint.), Detailing Facts & ALL that transpired prior to & between EACH violation of Plaintiff & Rights He promised in Accord. to U.S. Const.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

PRAY. The Court penalize EACH DEF. in Accord. to SERIOUSNESS OF violation, Physical & Mental injury imposed, CRIMINAL Charges, Monetary Awardment for Punitive, Compensatory & Health Damages Acquired $25,000.00 in Ref. to DEF. B. Naghors & up to Atleast $150,000.00 in Damages from Each Additional DEFENDANT'S to Include Attorney, Court Fee's & Discovery Cost

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 31st day of DECEMBER, 20 25.

*Roderick M. White*
PLAINTIFF