IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA <u>VALDOSTA DIVISION</u>

<u>Roderick M. White</u>,
PLAINTIFF

VS.

1). <u>Ralph Shropshire</u>; WARDEN (IN INDIVIDUAL & STATE CAPACITY)
2). <u>INMATE: "B. NABHORS"</u> (INDIVIDUAL CAPACITY)
3). <u>STAN SHEPERD</u>; FACILITY DIRECTOR (IN INDIVIDUAL & STATE CAPACITY)
4). <u>GA. DEPT. OF CORR'S OFFICE OF LEGAL SERVICES</u> - (IN STATE CAPACITY, AS A Body /OR WHOLE UNIT.)
5). <u>GA. DEPT. OF CORR'S OFFICE OF PROFESSIONAL STANDARDS</u> - (IN its STATE CAPACITY, AS A Body /OR WHOLE UNIT)

CIVIL ACTION NO. _____

PLAINTIFF PLEADINGS AND CLARIFICATION ON DEFENDANTS & VIOLATIONS CONDUCTED.

ON this 31st DAY OF <u>DECEMBER, 2025</u> I <u>Roderick MAURICE White</u> GDC #1093382 A <u>MENTAL HEALTH level (4)</u> INMATE; INCARCERATED & housed at <u>AUGUSTA STATE MEDICAL PRISON</u> of GROVE TOWN, GA, being FORCED to proceed <u>PRO SE</u> & <u>INDIGENT</u> without <u>LAW DEGREE</u>, ASSISTANCE /OR FULL KNOWLEDGE OF THE <u>LAW</u>, & <u>functioning's</u>

- (1) -

(cont) →

CONT.(2) PLAINTIFF PLEADING... 12-31-25

OF THE COURT SYSTEM. hoping that I can properly detail & REPORT EACH violation of "ME" AND MY Rights, by EACH NAMED, DEFENDANT --- IN REF. TO DEF. "B. Nabbors" HE'S AN "INMATE" whom 1st ATTACKED & ASSAULTED "ME"(with A WEAPON!), ON 8-12-2023, (I WAS Stabbed 5 TIMES & Hospitalized FOR approx. 5 DAYS at South GA. Medical Center of Valdosta, GA), ON 8-17-23 I WAS discharged From Hospital, AND taken to Baldwin STATE PRISON medical Dept. For placement IN INFIRMARY BED --- 8-29-23 I was transported back to (Valdosta STATE PRISON), taken to "Segregation UNIT" & put IN A CELL, (2) DOORS A WAY FROM DEF. "B. Nabhors" --- ON About 9-08-23 I Submitted (WITNESS STATEMENT) to WARDEN: "Ralph Shropshire" stating that I WAS IN "FEAR" FOR MY Life & WELL being, at "Valdosta STATE PRISON". ETC.. ETC... That SAME day, I WAS MOVED FROM Segregation Cell & put back IN the SAME building & Dormitory I had gotten Stabbed ON 8-12-23 --- ON (1-06-24) DEF. "B. Nabhors" Attacked AND (STABBED) ME "Again" Causing Serious INJURIES --- Violation OF LAW, 8th AMENDMENT, 14th AMENDMENT, PRISON policy & "ME".

Truly; Roderick M. White
RODERICK M. WHITE
DATE: 12-31-25   (CONT)→

cont.(5) Plaintiff pleadings... 12-31-25

IN REF. to def: "Ralph Shropshire", Warden he's being named as defendant of 8th Amendment violation of cruel & unusual punishment, failure to protect against assault & battery w/ a weapon ___ 14th Amendment violation of Equal protection Claus. as well as unsafe prison conditions ___ He knew of the danger that my life was in & he made it possible for me to be attacked the "2nd time" by inmate: "B. Nabhors" on 1-06-2024 in (H-bldg) of Valdosta State Prison. He was aware of threat made to "me" on (11-20-23) the day he "overode" (Mr. Stan Sheperd) "order" of 9-27-23, the day I was placed in F-1 Segregation unit by (Tact Squad officers) and "Facility Director": Mr. Stan Sheperd told Warden: Ralph Shropshire to place Plaintiff: Roderick M. White into Segregation Cell, until he "Mr. Sheperd" could get me "Transfered" from Valdosta State Prison ___ on 11-20-23 I was moved from segregation unit & placed into H-1 Cell #71 Mental Health Level (3) unit; I addressed him on 11-22-23 in ref. to the "Threat" made by I/M. B. Nabhors to me, on 11-20-23 ___ He sat by and allowed it to become reality; I almost lost my life.

Truly, Roderick M. White
Roderick M. White #0232? (cont→)

Cont. (4) plaintiff pleadings... <u>12-31-25</u>

IN REF. to DEF. "<u>STAN SHEPERD</u>", FACILITY DIRECTOR is DEFENDANT BEING PURSUED IN his INDIVIDUAL & OFFICIAL CAPACITY--- I <u>RODERICK M. WHITE</u>, PLAINTIFF SPOKE WITH DEF. ON <u>9-27-23</u>, (SHORTLY AFTER BEING ATTACKED & <u>STABBED</u> (5) <u>TIMES</u> ON <u>8-12-23</u> by DEF. <u>B. NABHORS</u>!), AND MADE it KNOWN to DEF. STAN SHEPERD that he, "RODERICK M. WHITE" had BEEN <u>STABBED</u>, PLAINTIFF <u>FEARS</u> & <u>BELIEF</u> that "<u>STAFF</u>" OF (V.S.P.) WERE INTENTIONALLY TRYING to get "<u>WHITE</u>" <u>KILLED</u> /OR <u>HARMED</u>---"<u>PLAINTIFF</u>" WAS <u>ATTACKED</u> & <u>STABBED</u> A "<u>2ND TIME</u>"; ON <u>11-01-23</u> while SUPPOSSIBLY AWAITING <u>TRANSFER FROM V.S.P.</u>, PLAINTIFF WAS ATTACKED & "STABBED" by <u>LOCK DOWN ORDERLY</u>--- INCIDENT WAS <u>NEVER REPORTED</u> OR <u>INVESTIGATED</u> by ("<u>STAFF</u>") HOWEVER PLAINTIFF ADDRESSED "DEF." ON <u>11-05-23</u> MAKING DEF. AWARE OF 2ND <u>ATTACK</u>, PLAINTIFF (<u>FEARS</u>) OF BEING FURTHER "HARMED" AT <u>V.S.P.</u> DEF. (STAN SHEPERD) "ACTIONS" OR RATHER his LACK OF, CREATED DELIBERATE <u>INDIFFERENCE</u> "<u>VIOLATION</u>" IN ACCORD. to the <u>8TH AMENDMENT</u> OF U.S. CONSTITUTION & <u>14TH AMEND. EQUAL! PROTECTION CLAUS.</u>

Truly, Roderick M. White
"RODERICK M. WHITE"
#1093382      (CONT.) →

CONT (5) PLAINTIFF PLEADINGS... 12-31-25

IN REF. to ADDITIONAL DEFENDANT'S being PURSUED, & NAMED in both INDIVIDUAL & OFFICIAL CAPACITY (AS A WHOLE UNIT, BODY/OR OPERATION...), PLAINTIFF CONTACTED THEM IN REF. to FEARS, & THREATS UPON HIM "PRIOR" to EACH ATTACK UPON PLAINTIFF; SUCH "DELIBERATE INDIFFERENCE" & lack of TRUE REGARD WAS EXHIBITED by SAID DEFS, that "PLAINTIFF", WAS ATTACKED, STABBED (3) DIFFERENT INCIDENTS & Almost lost his LIFE, "PRIOR" to BEING MOVED FROM "VALDOSTA STATE PRISON" to PRESENT LOCATION. THE 14th AMENDMENT "EQUAL PROTECTION CLAUS!", & 8th AMENDMENT "prohibits" SAID VIOLATIONS OF AN INMATE'S RIGHTS.

I DECLARE UNDER PENALTY OF PERJURY, ON this 31st DAY OF DECEMBER, 2025 that ALL OF the ABOVE is TRUE & CORRECT, to MY PERSONAL KNOWLEDGE.

Truly, Roderick M. White
RODERICK M. WHITE #1093382
3001 Gordon. HWY
GROVE TOWN, GA 30813
AUGUSTA STATE MEDICAL PRISON

—(5)—