-(DUPLICATES) - Roderick M. White
#1093382 / F-1-#68
V.S.P.

9-04-23

TO: G.D.C. OFFICE OF LEGAL SERVICES.

TO WHOMEVER IS IN GRASP OF THIS REQUEST - "PLEASE" URGENTLY ADDRESS ENCLOSED DOCUMENTATION, (INSURE THAT I AM RAPIDLY "TRANSFERED" AWAY FROM VALDOSTA STATE PRISON AND ANY FURTHER POTENTIAL THREAT OR HARM UPON "ME" & MY LIFE!), BETWEEN (3/02/23 & 8/12/23) I KNOW THAT I ADDRESSED YOU ALL; THE OMBUDSMAN UNIT & G.D.C. OFFICE OF VICTIM SERVICES ATLEAST "TWICE" EACH IN REF. TO "HISTORY" WITH (MS. DELISHA MANNING-BRYANT) AND HER RECENT THREATS & FOUL HANDLING OF "ME"... ON 8-12-23 I WAS (SET UP) BY "STAFF", HERE AT (VALDOSTA STATE PRISON) AND I WAS "STABBED" (5) TIMES.

PLEASE MAKE COPIES, REVIEW ALL CONTENT & FORWARD TO THE COMMISSIONER OF GA. DEPT. OF CORRECTIONS; THE OMBUDSMAN UNIT & OFFICE OF HEALTH SERVICES - ATTN: "MEDICAL DIRECTOR". WHILE AT SOUTH GEORGIA - MEDICAL CENTER, ON ABOUT 8/14 OR 8/15/23 I SPOKE WITH AN "INVESTIGATOR" (MS. L. PORTER) I MADE HER AWARE THAT I WANT TO PRESS "CRIMINAL CHARGES" ON THE ONE WHOM ATTACKED "ME" - I HAVE NO (D/R.'S) BUT AT PRESENT I'VE BEEN HELD IN "SEGREGATION CELL", (2) DOORS AWAY FROM THE MAN WHO "STABBED" ME (5) TIMES - I RECENT. (CONT'D) -

(a)

BEEN TOLD by I/M. Timothy Joshua, (whom just set a FIRE IN "THIS CELL", while I WAS "ASLEEP"!), that these (SHOWER DOORS) CAN BE POPPED "OPEN" FROM the INSIDE with A I.D. CARD /OR THIN PIECE OF METAL. AT THIS TIME, I AM IN "FEAR" FOR MY LIFE, SAFETY, MENTAL CAPACITY & WELL BEING, HERE AT "VALDOSTA STATE PRISON."

Truly,
Roderick W. White

Roderick A. White
–(Duplicated!)– #1093382 / F-1-#74   11-01-23
VALDOSTA STATE PRISON

TO: GDC OFFICE OF LEGAL SERVICES.

To whomever is in possession of these pages. First off, note that "PRIOR" to getting (STABBED 5 TIMES) on 8/13/23 I was addressing Y'ALL and OTHER Branches of Authority, (within the DEPARTMENT OF CORRECTIONS), IN REF. TO "THREATS" VOICED TO "ME", by MS. DELISHA MANNING-BRYANT; "FACT" that she was a "WITNESS" AGAINST "ME" & FEDERAL CIVIL CASE back in 2018; I asked Y'ALL to get "ME" AWAY FROM HER & VALDOSTA STATE PRISON, I "FEAR" for my LIFE & WELL BEING. TO NO AVAIL. WAS OR "HAS" anything been (DONE) IN "PREVENTION". ENCLOSED ARE SOME DOCUMENTS, I'VE ADDRESSED TO "PRISON STAFF" (without) gaining RESPONSE, UPDATE OR ASSISTANCE ON ANY LEVEL PERIOD, SINCE GETTING STABBED AND being RETURNED BACK TO THIS HELL HOLE KNOWN AS VALDOSTA "STATE PRISON. I'VE TOLD Y'ALL THAT THESE "STAFF" ARE INTENTIONALLY TRYING TO GET ME HURT OR KILLED HERE –

(OVER) →

(Q) AFTER I WAS STABBED ON 8/10/23 the guy SAID TO ME: "MS. BRYANT SAID YOU BEEN RUNNING YOUR MOUTH TOO MUCH BRO."

I WAS JUST (STABBED) AGAIN "THIS MORNING" AT BETWEEN 5:50 AM & 6:05 AM A INMATE ORDERLY FROM (E-Bldg) CAME UP TO MY CELL IN "F-Bldg" & STARTED SWINGING A LARGE KNIFE AT "ME" THAT STRUCK & SLIT MY LEFT WRIST AREA - HE BEGIN TO SLAM TRAY PASS ON MY ARM, (THERE WAS NO STAFF PRESENT!) LATER AROUND 7:30 AM "OFC. - DUNNER", (THE "SAME ONE" WHOM OPENED UP MY CELL DOOR ON 8/12/23 IN G-2 DORMITORY & I GOT STABBED 5 TIMES!), CAME IN F-1 TO "ESCORT" ME TO THE SHOWER, (I TOLD HIM WHAT THE ORDERLY HAD DONE - SHOWED HIM THE BLOOD & STAB WOUND...), HE SAID THAT I'D BE ALRIGHT & COME ON IF I WAS GOING TO THE SHOWER --- HE PUT HANDCUFFS ON "ME" & OPENED CELL DOOR - ONCE I STEPPED OUT OF CELL, THE SAME (E-Building ORDERLY) RAN UPSTAIRS - WALKED UP ON ME & POKED "ME" IN THE EYE WITH HIS FINGER & STATED: "YOU NEED TO GO AHEAD & COME OUT OF THE HOLE, SO WE CAN KILL YOU!" STAFF WERE PRESENT & THERE'S A LOT OF (CAMERAS) IN F-1 DORMITORY. I ASKED TO BE ESCORTED BACK TO MY CELL AND TOLD THE OFFICER THAT I NEEDED TO GO UP TO MEDICAL & WOULD LIKE TO SPEAK (CONT.) →

③ WITH SUPERVISOR... NEITHER OF REQUESTES WERE GRANTED. AT PRESENT IT'S 1:27 PM I'M SITTING HERE (WITH OPEN WOUND!), NEGLECTED & IGNORED --- HOPING "YALL" WILL URGENTLY SEND "YALL" (INVESTIGATOR) TO REVIEW CAMERA FOOTAGE, IN F-1 DORMITORY (BETWEEN 5:50 AM & 6:05 AM 11/01/23) MOST OF ALL, I ASK THAT YALL GET WITH THE PROPER BRANCH OF AUTHORITY, TO GET "ME" EMERGENCY TRANSFERED, CAUSE IT'S BEEN "OVER" A (MONTH) SINCE "MR. STAN SHEPERD" TOLD "ME" ON 9/27/23 THAT "HE" WAS GOING TO SHIP ME TO (A.S.M.P.) IN A "WEEK". THESE "PEOPLE" HAVE BEEN VIOLATING (ME), "STEALING" MY (FAMILY) "MONEY" (2 FOOD PACKAGES!) WON'T ISSUE (CLOTHING) AND HAVE BEEN CRUELLY HOUSING ME IN THIS CELL "WITHOUT" (LIGHTS), LIKE I AM AN ANIMAL /OR CAVE MAN SINCE 9/27/2023.

PLEASE RESCUE ME!

Truly,

Roderick M. White