(DUPLICATED:) Roderick M. White
#1093382 / F-1-#74
★ V.S.P. ✓

9-28-23

MENTAL HEALTH DEPT.

★ M/S. BUND,

At this time I'm extremely frustrated and afraid of being placed into a violent or unpleasant situation... On 8-12-23 I was stabbed (5) times by a "Muslim" (I am Gangsta Disciple!) Yesterday, they put a Muslim in cell with me, & today about a hour ago "LT. Phillips" stood at the cell door and told him to go ahead and "Fuck me up" - She said it several times before leaving the door.

I know the set up, & y'all keep letting it go on!

Roderick M. White