OFFICIAL STATEMENT  DATE 8-13-23
OF RODERICK M. WHITE #1093382
IN REF. to BEING ASSAULTED
WITH WEAPON ON 8-12-23 IN
G-2 CELL #50 OF VALDOSTA
STATE PRISON.

ON FRIDAY the 11th (OFC. DUNNER) WAS TOLD by DEPUTY WARDEN: LIRKLE that he could let "ME" OUT OF CELL, to CLEAN UP DORM & TAKE A SHOWER. HE DECLINED to do AS HE WAS told, but CAME IN ON 8-12-23 AT APPROX. 8:30 AM & LET "ME" OUT OF MY CELL, STATING THAT I WAS GOING TO BE THE ORDERLY FOR the day (ONLY ME!) AND THAT I WAS NOT to help ANYONE ELSE POP OUT OF THEIR CELLS; HE LEFT OUT OF THIS G-2 DORMITORY & WENT BACK OVER TO N-Bldg. I PROCEEDED TO CLEAN UP DORM, OFC. DUNNER BROUGHT THE ICE COOLER IN & LEFT, I PROCEEDED TO GIVE ICE TO GUYS (WITH BAGS!) THROUGH the TOP OF CELL DOORS. LATER OFC. DUNNER, OFC. GLEN & Sgt. McCAIN CAME INTO G-2 to PASS OUT THE EVENING MEAL. WHEN they OPENED UP CELL #50 I/M. "Nabhors" FORCED PAST THEM STATING THAT HE WAS NOT GOING BACK INTO THE HOT ASS CELL, CAUSE he's a night shift ORDERLY. ETC.. ETC... OFC. DUNNER TOLD him that he NEEDED to GO BACK INTO CELL-HE ALSO TOLD (Sgt. McCAIN) to put the INMATE AND his CELL MATE BACK INTO THEIR CELL;

(OVER) →

(2) "SGT. McCAIN" DID NOT BACK/OR ENFORCE OFC. DUNNER INSTRUCTIONS TO INMATES & LEFT G-Building "without" SECURING SAID INMATES BACK INTO their CELL.

AT PRESENT, G-Building has BEEN ON lock DOWN STATUS OVER (2) WEEKS CAUSE A MUSLIM INMATE "Killed" A guy NAME: "LANCE LAMPKIN" OUT OF G-1 GENERAL POPULATION DORM (EVEN though G/P. INMATES & MENTAL HEALTH LEVEL 3 INMATES ARE "NOT" Suppose TO have CONTACT with EACH OTHER PERIOD - EVEN with the RECENT "DEATH" G-Bldg CONTROL Booth IS Always "ABANDONED" by SECURITY STAFF), AT APPROX. 6:20 PM to 6:45 PM AS I WAS getting Ready to go INTO Shower INMATE NAbhors CAME up TO ME & ASKED IF I WANTED TO SMOKE A CIGARETTE with him - HE TOLD ME TO ROLL IT UP & COME TO his CELL; While I WAS IN CELL #50 Smoking with him - HE SAID TO ME: MIAMI IF I HAVE A "PACK" THROWED OVER the GATE AND SOME OF IT Hit the FENCE WILL A SENSOR go OFF - AS I WAS looking OUT OF CELL back Window I/M. NAbhors stAbbed "ME" IN the Shoulder - ONCE I TURNED AROUND TO FACE the ATTACK, HE STUCK ME IN MY HEAD - AS I grabbed him IN ATTEMPT TO PREVENT Further ATTACK - HE STAbbed ME IN MY RIB AREA & MY STOMACH - I grabbed

(CONT.) →

③ ahold of the SHANK and yelled out to him "MAN WHAT THE FUCK IS UP WITH YOU". HE REPLIED: "MIAMI" BRO." MS. BRYANT SAID YOU BEEN RUNNING YOUR MOUTH TOO MUCH..." HE STOPPED TRYING TO STAB ME - MADE ME TAKE OFF THE BLOODY T-SHIRT I HAD ON & PUT ON ONE OF HIS SMALLER UNIFORM SHIRTS, "PRIOR" TO "ME" WALK-ING OUT OF HIS CELL - HE SAID THAT I COULD NOT WALK OUT OF HIS CELL WITH BLOOD ALL OVER "ME" (ON CAMERA!), BUT FOR ME TO GO TAKE A SHOWER & WHEN 2nd SHIFT COME IN TO GET ON THE DOOR, - GO UP TO MEDICAL & TELL THE FOLKS I STABBED "MYSELF", CAUSE I'M TIRED OF BEING LOCKED DOWN.. ETC.. ETC... ONCE "OFC. JENKINS" CAME IN, TO MAKE ROUNDS - HE SAW (BLOOD) ON MY SHIRT, BUT I DECLINED TO TELL HIM ANYTHING - I STEPPED BACK INTO MY CELL #60, ONCE OFC. JENKINS WALKED OUT OF G-2 I/M. NABHORS CAME UP TO MY CELL THREAT-ENING ME, STATING: "MIAMI WHAT THE FUCK YOU DOING" - "YOU GOT TO GO - WHEN THEY COME BACK IN, YOU BETTER GET OUT OF HERE; I TOLD HIM THAT I WAS HOT & HAVING COMPLICATIONS

(OVER) →

④ BREATHING - HE OPENED MY DOOR, TO GET ME A CUP OF ICE but LOCKED IT by ACCIDENT... THE "CAMERA FOOTAGE" should SHOW IT ALL! I wish TO PRESS CRIMINAL CHARGES ON L/M. NABHORS AND WILL PROCEED TO COURT with CIVIL SUIT, citing 8th AMENDMENT violation of FAILURE TO PROTECT AGAINST ASSAULT, BREECH OF SECURITY FOR YALL "NOT" having A (OFFICER) WORKING IN G-Bldg CONTROL Booth & RETALIATION. I WAS PREVIOUSLY "THREATEND" (with VIOLENCE!) by UNIT MANAGER: "DELISHA MANNING-BRYANT", WHOM WAS (WITNESS) AGAINST "ME" IN FEDERAL COURT 4-23-2018... I BEEN MADE "WARDEN", DEPUTY WARDEN: ZIRKLE, DEPUTY WARDEN: LEN Gibson, G.D.C. OFFICE OF LEGAL SERVICES & G.D.C. OMBUDSMAN UNIT "AWARE" OF (THREATS & FEAR) OF BEING KILLED /OR HARMED AT (VALDOSTA STATE PRISON), NOTHING WAS "DONE" TO PREVENT "ME" BEING ATTACKED!!

Truly,

Roderick M. White