Roderick M. White
#1093382 / E-1- #202    1-22-2024
Augusta State Medical Prison

TO: U.S. Dept. of Justice
Special Litigation Section - 4Con.

DEAR. MR. WILLIAMS / OR WHOMEVER IS NOW holding THESE DOCUMENTS --- spoke with "YOU ALL" AT "BALDWIN STATE PRISON" IN late 2022, (I spoke with MS. RITA K. LOMIO & Elaine Hughes AT "GA. STATE PRISON" back in 2016.!), I KNOW "Ashley DIAMOND" & WAS AT (Valdosta STATE prison), when the "INVESTIGATIONS" OF CRUELTY & ABUSE OF (TRANSGENDER'S) within the GA. DEPT. OF CORRECTIONS STARTED. EVEN though I AM "NOT" A TRANSGENDER / OR SISSY, I AM Righteous & compelled by the will OF "GOD", to speak up & Report violations of "Human Rights"; I've been TARGETED with Retaliations, Robberyies AND violations OF ME, My Rights & personal property by "PRISON STAFF" & those whom ARE suppose to BE IN charge of running this CORRUPTED PRISON SYSTEM.

AT PRESENT, I COME TO YA'LL ON behalf OF ONE I/M Jeffery Hazelwood GDC#1002031745

(OVER) →

② Presently housed in H-1-#71 of Valdosta State Prison. On 11-19-2023 he was violently attacked & raped by a I/M. (Michael Wallace) Two other inmates housed in "H-1 Dormitory" last names: (Cockfield & Daloney) had to rescue "Jeff" because there wasn't a (officer) present on post in H-Bldg; On 11/20/23 I was moved from F-1-#74 Segregation Cell by "Lt. Phillips" per. order of her (child) "father" Warden. Ralph Shropshire and told that if I had any issue with it that they could put "ME" back in the Hole & drag me/ (mistreat & deprive me of things, etc... etc....) at the time Jeff was still at (hospital) but all. of his property was inside of cell --- Baby oil and Blood stains were every where. I cleaned it up & moved my property into cell #71 as I'd been ordered to by Lt. Phillips. Approx. 2 hours later Jeff walked back into H-1 Dormitory but he did not come to cell #71 Shortly after I/M. Parks & Bettencourt (both Sissy!) came to advise "ME" that Jeff was going to be sleeping in #70 but keeping his property in #71 with me, cause he did "not" feel comfortable returning to scene of rape & was "afraid" of me --- I said no problem & slept in cell alone for like 2 weeks. Parks got moved to G-Bldg & Jeff finally came into (cont.) →

③ CELL #71 to live with me. We had to sleep with lights "ON" - He was constantly having nightmares & panic attacks - screaming out "PLEASE DONT HURT ME!" for like 5½ weeks I was his PROTECTOR / Father Figure & Counselor; "They" found out that I was trying to get Jeff to file a out of time grievance & civil law suit, on 1-06-2024 after breakfast we smoked a joint & I nodded off & fell asleep on Jeff bunk!--- About 7:10 AM they called for pill call - I gave Jeff some commissary items to get us another smoke, (while he was out at pill call!), I fell back asleep & "They" (STAFF) allowed a inmate from (G-Bldg) to get "out" of G-2 Dormitory, G-Bldg Sally Port, G-Bldg Gate, "Inside" of H-Bldg Gate, H-Bldg Sally Port, into H-1 Dormitory, up to Cell #71 (Where I was asleep!) to STAB ME in my FACE, HEAD, HAND & LUNGS (collapsing it!) prior to running out of cell & locking ME IN to be left for DEAD... Jeff returned to another crime scene & I'm worried about his mental health Truly, (The same dude had stabbed me 5 times on 8/17/23 & told me that Unit Manager, DELISHA MANNING-BRYANT said I been running my mouth to much! (OVER) →

(4) April 2018 (Ms. Manning-Bryant) gave bogus statement & was witness against "My" (Lawsuit) on Lt. Geary Staten and "Valdosta State Prison". She'd been foul handling & threatening "Me" since I got sent back to V.S.P. on 3-02-2023; on several ocassions (prior to being stabbed 5 times on 8/12/2023 in G-2-#50 by I/M. Nabors.) I addressed GDC. Ombudsman Unit & GDC Office of Legal Service in ref. to above named staff, her threats & my fear of being harmed at "Valdosta State Prison". They did nothing to prevent.

On 8/14/2023 I made Investigator "L. Porter" aware when she interviewed me at South GA. Medical Center, (when part of my colon had to be "removed" due to being "stabbed" by exact same inmate.) They refused to criminally charge him as I requested;

On 9/4, & 9/08/2023 I submitted witness statement to Warden: "Ralph Shropshire" for "Me" to be place on (Protected Custody/ House Alone Status!) in segregation cell", on 9/8/23 I was moved from E-1-#68 back to G-2 Dormit-ory where I got stabbed on 8/12/23

(cont.) →

(5)

; ON 9/27/23 I WAS placed BACK INTO SEGREGATION UNIT OF VALDOSTA STATE PRISON PER "TACT Squad" & "FACILITY DIRECTOR" (Mr. STAN SHEPERD) whom Told ME & WARDEN "Shropshire" that "he" WAS going to TRANSFER ME.... I WAS KEPT IN "SEGREGATION" 58 DAYS BEFORE BEING FORCED /or RATHER Threatend INTO H-1-#71 ON 11-20-2023, WHERE I WAS RECENTLY ATTACKED AT ON (1-06-2024) while ASLEEP. On the 2nd or 3rd I had just spoke with (INVESTIGATOR) about the PREVIOUS ASSAULT & ME getting "STABBED" IN MY WRIST by (orderly) on 11-01-23 (while housed in F-1-#74 SEGREGATION CELL!), PRISON STAFF DECLINED TO REPORT IT OR TAKE ME TO (MEDICAL)--- I got A GRIEVANCE ON FILE #357908 IN REF. to 8/12/23 ASSAULT w/INJURIES --- "HAVE NOT gAINED ACCURATE FEED BACK YET."

ON About 1-08-24 I spoke To ANOTHER INVESTIGATOR, (While laying up in Hospital BED with Tube IN MY CHEST!), HE said IT had To be "A INSIDE Job", BECAUSE (H-Bldg & G-Bldg) DO NOT GO OUT TO (PILL CALL) TOGETHER, SO THERE'S NO WAY F/M. Nabors should have been Able To CLEAR (6) AREAS That should HAVE BEEN locked /or PROTECTED by STAFF ; 1-16-24 "V.S.P." got (Tube) TAKEN OUT of MY CHEST - Told (OVER) →

(6) DOCTOR & NURSES AT South GA. MEDICAL CENTER / VALDOSTA. GA that I BE GOING TO A (MEDICAL UNIT / INFIRMARY BED) YET I PLACED ON A TRANSFER BUS by "LT. MARSHALL", Sgt. CORNELIUS & Sgt. WILLIAMS PER. ORDER OF DEPUTY WARDEN "MARCUS" OF V.S.P. with About (15) other PRISONERS - "Without" BEING GIVEN ANY (PAIN MEDS) - DROVE "HERE" TO (Augusta STATE MEDICAL PRISON) given (2) Tylenol & TAKEN TO F-1-#207 "SEGREGATION CELL" occupied by VERY ILL & OLD INMATE TOMMIE WESTON & FORCED TO (SLEEP) ON THE "FLOOR" (DEPRIVED MEDS!) SEVERAL DAYS BEFORE BEING MOVED TO PRESENT location ON the 17th OF "THIS MONTH". ALL The while I'VE BEEN Trying TO TURN IN "GRIEVANCE" IN REF. to 1-06-2024 ATTACK UPON "ME" AT (VALDOSTA STATE PRISON) "STAFF" has thus FAR DECLINED TO ACCEPT IT.... FURTHER violation AND CORRUPTION!

I KNOW That y'ALL DO NOT REPRESENT THE TYPE OF CASES DETAILED ABOVE, but I Also KNOW, IF ONE DOES NOT SEEK ONE MAY NOT FIND "HELP" & I KNOW That HELP is what
(CONT) →

⑦ WE'RE GOING TO "NEED" --- I KNOW HOW TREACHEROUS THESE DISTRICT COURT JUDGES ARE, (I'M ON PSYCH. MEDS & ONLY HAVE 6TH GRADE COMPLETION OF SCHOOL!), THEY FORCED ME TO PROCEED PRO SE "WITHOUT" (APPOINTMENT OF COUNSEL) BACK ON APRIL 2018, & I LEARNED THAT THESE SOUTHERN COURT HAVE NO "RESPECT" OR SERIOUS REGARD FOR INMATE BRINGING CASE AGAINST (GOVERNMENT OFFICIALS) ESPECIALLY ONCE THEY FIND OUT YOUR BROKE, MENTALLY ILL & UN-EDUCATED IN LAW: (WHITE-V-STATEN 7:14-CV-117 (HL)) I WAS TALKED DOWN TO AND DISRESPECTED (by Judge) THROUGH THE WHOLE TRIAL PROCESS.

I AM SEEKING NO LESS THAN (3.5 MILLION DOLLARS) FOR BOTH ATTACKS & VIOLATIONS OF MY 8TH AMENDMENT RIGHT'S --- IF YOU ALL KNOW ANY "GOOD" (ATTORNEY) WHOM MIGHT BE INTERESTED IN BEING MY VOICE IN COURT ON 30% TO 35% PRO BONO TYPE AGREEMENT, (IF WE GAIN NOTHING - I OWE OUT NOTHING!), PLEASE MAKE THEM AWARE OF MY EXISTENCE & SITUATION OF NEED, MAKE IT "KNOWN" THAT I HAVE BEEN BUILDING & ACCUMULATING "EVIDENCE" TO STRENGHTEN CASE AND ADD CLAIMS

(OVER) →

⑧ OF DELIBERATE INDIFFERENCE, NEGLIGENCE, AND CORRUPTION OF DIFFERENT SUPERVISORY BRANCHES OF AUTHORITIES WITHIN THE G.A. DEPARTMENT OF CORRECTIONS --- April 2018 Taught "ME" WHAT'S (NEEDED) TO SECURE A WIN!!

Truly,

Roderick M. White

Roderick M. White #1093380

(P.S.). The DOCUMENTS I'VE ENCLOSED belong TO "JEFF", (They got packed up & TRANSFERED with ME!), CAUSE I WAS TRYING TO GET him TO MOVE FORWARD ON the 11-19-23 ATTACK & RAPE UPON him AT "V.S.P." HE BECAME like My Child & Truly Should've been born A "FEMALE" AIN'T got NO SORT OF Aggression /OR Fight IN him period - About 5.ft 6.Inches & 135.lbs - love to DRAW, WATCH T.V., listen to RADIO & SMOKE - GOT lured INTO SOME CRAZY shit AT EARLY AGE w/ WRONG PEOPLE - SENTENCE TO FOREVER & A DAY - SENT TO V.S.P. AS A child & been getting violated & Abused EVERY SINCE; I AM Truly WORRIED That HE WILL BE KILLED /OR kill himself soon, & I wish y'all COULD ORDER (G.D.C.) TO TRANSFER him AWAY FROM the HELL HOLE. MOST OF ALL! I'd like FOR Y'ALL TO RAPIDLY CONTACT HIM KNOW That I CONTACTED Y'ALL About HIM - I AM O.K. - RETURN HIS (DOCUMENTS) TO HIM - IN ENVELOPE STAMPED Legal Mail - let him know His POP "MIAMI" MISS AND LOVE HIM & GOD DOES TOO! Thanks