**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

RODERICK MAURICE WHITE,                :

        **Plaintiff,**                :

    v.                :        **CASE NO:**

                :    **7:26-cv-25–WLS-AGH**

B. NABHORS, *et al.*,                :

        **Defendants.**                :

_____

## ORDER

Before the Court is *pro se* Plaintiff's Objection to Order (Doc. 3) and Explanation of Reason (Doc. 4) ("Objection") filed February 25, 2026. Therein, Plaintiff objects to this case being "turned over" to United States Magistrate Judge Amelia G. Helmick, in part, because the Plaintiff is proceeding *pro se*, his case is complex, and should be set for jury trial. (*Id.* at 1).

Pursuant to 28 U.S.C. § 636(b)(1), a United States District Court Judge may designate a United States Magistrate Judge to hear and determine certain pretrial matters. With respect to dispositive motions such as motions for judgment on the pleadings, motions to dismiss, or motions for summary judgment, a Magistrate Judge is authorized to make proposed findings and recommendation to the District Judge. However, the parties have fourteen days after being served with such a recommendation to file objections thereto after which the District Judge makes a de novo determination of those portions of the recommendation to which objection is made. A District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*

In referring the case to Judge Helmick, this Court is not relinquishing resolution of the case to Judge Helmick. The parties have the opportunity to file objections if appropriate which this Court has the duty to review as the ultimate decision maker in the case. Thus,

1

pursuant to § 636(b)(1), the Plaintiff's objection to the referral of this case to Judge Helmick, is **OVERRULED** and any request to unrefer the case is **DENIED**.

      **SO ORDERED**, this 11th day of May 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
